IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAY A. WOODSON**                                                                                    **PLAINTIFF**

**CASE NO. 4:16CV188 JLH/BD**

**FAULKNER COUNTY JAIL, et al.**                                                          **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion for summary judgment (docket entry #55) is GRANTED. Woodson's federal claims are DISMISSED with prejudice. Any pendant state-law tort claims are DISMISSED without prejudice.

IT IS SO ORDERED this 15th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE